

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00234-CV

GARRY WHITE, APPELLANT

V.

OFFICER J. BEVAN, PATRICIA ARISTIMONO, M.D., BENSON ALFRED, OFFICER J. GARUE, JESSE HURLEY, L.V.N., DR. TWALISHA WILLIAMS, BEATRICE GUTIERREZ, AND OFFICER WANIDA HARRELL, APPELLEES

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2013-506,098, Honorable William C. Sowder, Presiding

October 3, 2014

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Garry White, an inmate proceeding *pro se*, perfected this appeal from the trial court's order dismissing his suit for want of prosecution. The clerk's record was filed on July 29, 2014, and the reporter's record was filed on July 28, 2014. White's brief was, therefore, due on August 28, 2014. *See* TEX. R. APP. P. 38.6(a). White did not file his brief by this date. Consequently, by letter dated September 4, 2014, the Clerk of this Court notified White that his brief was past due and that failure to file his

brief with this Court on or before September 15, 2014, could result in dismissal of his appeal pursuant to Rule 38.8(a) of the Texas Rules of Appellate Procedure. White has neither filed his brief nor responded to this Court's September 4, 2014 correspondence.

Accordingly, we now dismiss this appeal for want of prosecution and failure to comply with a notice from the Clerk of this Court requiring a response or other action in a specified time. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Mackey K. Hancock
Justice